**Michael A. MILLER, Appellant**

v.

**Barack OBAMA, President, et al., Appellees.**

**No. 09–5361.**

United States Court of Appeals, District of Columbia Circuit.

March 17, 2010.

Rehearing En Banc Denied May 10, 2010.

Michael A. Miller, Coalinga, CA, pro se.

BEFORE: SENTELLE, Chief Judge; and HENDERSON and TATEL, Circuit Judges.

### *JUDGMENT*

PER CURIAM.

This appeal was considered on the record from the United States District Court for the District of Columbia and on the brief filed by the appellant. *See* Fed. R.App. P. 34(a)(2); D.C.Cir. Rule 34(j). It is

**ORDERED AND ADJUDGED** that the district court's order filed September 28, 2009, 2009 WL 3151309, be affirmed. The district court properly dismissed the complaint as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B)(i). *See Neitzke v. Williams,* 490 U.S. 319, 327, 109 S.Ct. 1827, 104 L.Ed.2d 338 (1989).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after

resolution of any timely petition for rehearing or petition for rehearing en banc. *See* Fed. R.App. P. 41(b); D.C.Cir. Rule 41.